UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA JOHNSON,
        Plaintiff,                             CASE NO.: 8:03-CV-1656-T-27MAP

v.

HCR MANORCARE,
        Defendant.
_____/

## SECOND NOTICE OF UNAVAILABILITY
## AND MOTION TO STAY COURT PROCEEDINGS

COMES NOW counsel for Plaintiff, ROBERT E. TAYLOR, JR., ESQ., and hereby files this Second Notice of Unavailability and Motion to Stay Court Proceedings based on an injury that happened May 30, 2004 (see attached Exhibit) until approximately mid to late September, for the following reasons:

1. On or about June 7, 2004 Plaintiff's Counsel filed a Notice of Unavailability until July 15, 2004 due to Counsel's injury and hospitalization.

2. Plaintiff's Counsel has been and continues to be hospitalized in Orlando since May 30, 2004.

3. Plaintiff's Counsel is unable to defend, represent, write, research, attend hearings, or litigate this matter at this time.

4. Plaintiff's Counsel has a tentative release date of early September.

5.  Plaintiff's Counsel files this Second Notice of Unavailability and Motion to Stay Proceedings for good cause as set out in the above paragraphs and does not make the request for the purpose of undue delay.

Respectfully submitted,

ANTHONY C. EKONOMIDES, ESQ.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished to Aram Megerian, Esq. and Scott Jackman, Esq. At Cole, Scott and Kissane, Bridgeport Center, suite 750, 5201 W. Kennedy Blvd., Tampa, FL 33709, the Clerk of the Court and the Honorable Mark A. Pizzo, U.S. Courthouse, 801 N. Florida Ave., #223, Tampa, FL 33602-3800 on this 21st day of July 2004 via U.S. Mail.

**ANTHONY C. EKONOMIDES, ESQ.**
FBN.: 039829
Of counsel
LAW OFFICES OF R.E. TAYLOR, P.A.
609 W. Azeele Street, Suite B
Tampa, Florida 33606
813-254-1712 (TELEPHONE)
813-258-1344 (FACSIMILE)
Co-counsel for Plaintiff

# ORLANDO REGIONAL HEALTHCARE SYSTEM

*1414 Kuhl Avenue • Orlando, Florida 32806-2093 • (407) 841-5111*

June 8, 2004

RE: Robert Taylor

To Whom It May Concern:

Mr. Robert Taylor was involved in an unfortunate motorcycle collision on May 30, 2004. He sustained severe injuries including a spinal cord contusion and disc herniation which resulted in quadraparesis. He also has several fractures to his right foot. He was admitted to Orlando Regional Medical Center, a Level I trauma center where he was evaluated and treatment initiated for his injuries. After neurosurgical consultation, Mr. Taylor underwent surgical intervention from which he is recuperating.

At this time Mr. Taylor remains hospitalized, and is currently being considered for inpatient rehabilitation services so as to ensure his maximal recovery potential. His rehabilitative course will be long and arduous and the extent to which he will recover is unclear at this time. Certainly, he will not be able to return to his previous work duties for some time.

Thank you for you understanding and consideration in this matter. If I can be of any further assistance, please do not hesitate to contact me at 321-841-7072.

Respectfully,

Melissa A. Pedrazzani
Physician Assistant
General Surgery/Trauma

/map

EXHIBIT A