UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA G. JOHNSON,

        Plaintiff,

vs.                        CASE NO: 8:03-CV-1656-T-27 MAP

HCR MANORCARE OF CARROLLWOOD,

        Defendant.

_____/

### STIPULATION FOR EXTENSION OF DISCOVERY CUTOFF DATE AND MEMORANDUM OF LAW

PLAINTIFF, TERESA G. JOHNSON, and DEFENDANT, HCR MANORCARE OF CARROLLWOOD, through undersigned counsel, jointly stipulate and move to extend the April 14, 2005 discovery completion date to June 14, 2005. This 60-day extension will not result in a continuance of the other deadlines in the Case Management Order, including the dates for the pretrial conference or the trial, and the parties jointly request that the Court approve this extension.

### SUPPORTING MEMORANDUM

Pursuant to Rule 6(b), Federal Rules of Civil Procedure, the Court may enlarge time for discovery, for good cause shown. In this instance, key individuals with knowledge of the facts of this case reside out-of-state. As these witnesses have yet to be deposed, both parties specifically agree to the enlargement of time, by which no party will be prejudiced or other deadlines in the Case Management Order affected.

WHEREFORE, the parties stipulate and jointly move for the Court to enter an Order extending the discovery completion date from April 14, 2005 to June 1, 2005 in the Case Management Order.

DATED this 7th day of April, 2005.

Aram P. Megerian, Esq.
Florida Bar No.: 0057983
Cole, Scott & Kissane, P.A.
Bridgeport Center, Suite 750
5201 West Kennedy Blvd.
Tampa, FL 33609
Telephone: (813) 289-9300
Facsimile: (813) 286-2900
Attorneys for Defendant

Robert E. Taylor, Jr., Esquire
Florida Bar No.: 0943071
609 West Azeele Street
Tampa, FL 33606
Telephone: (813) 254-1712
Facsimile: (813) 258-1334
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA G. JOHNSON,

        Plaintiff,

vs.                      CASE NO: 8:03-CV-1656-T-27 MAP

HCR MANORCARE OF CARROLLWOOD,

        Defendant.

_____/

## ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF DISCOVERY CUTOFF DATE

In consideration of the foregoing Stipulation executed by Plaintiff, TERESA G. JOHNSON, and Defendant, HCR MANORCARE OF CARROLLWOOD, it is hereby **ORDERED and ADJUDGED** that the discovery cutoff date is extended from April 14, 2005 to June 14, 2005.

**DONE and ORDERED** in Chambers at Tampa, Florida this _____ day of _____ 2005.

_____
Mark A. Pizzo
United States Magistrate Judge

Conformed copies to:

Aram P. Megerian, Esquire
Robert E. Taylor, Jr., Esquire

L:\0100-0335-00\P\Stipulation for Extension for Discovery Outoff.wpd